**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**ALYSSA DOWLING,**

**Plaintiff,**

**v.**                                                        **Case No. 1:26-cv-118-AW-HTC**

**ERIC KOMITEE,**

**Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The magistrate judge issued a report and recommendation that recommends dismissal without prejudice based on maliciousness. ECF No. 4. Plaintiff has not filed any objection to the report and recommendation.

Having fully considered the matter, I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice as malicious pursuant to 28 U.S.C. § 1915(e)(2)(B)(i)." The clerk will then close the file.

SO ORDERED on June 22, 2026.

s/ *Allen Winsor*_____
Chief United States District Judge